UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY MILLER; DANIEL MILLER;
EUGENE RANDOLPH; EUGENE MAZZIO,

                        Plaintiffs,

             -against-

ANTHONY J. ANNUCCI, *et al.*,

                       Defendants.

18-CV-0037 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 28, 2018, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to comply with the Court's order dated February 27, 2018, and either pay the filing fees or submit requests to proceed *in forma pauperis* in accordance with the Court's instructions. *See* 28 U.S.C. § 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 28, 2018
            New York, New York

                                       COLLEEN McMAHON
                           Chief United States District Judge